UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

January 15, 2008

**CASE INFORMATION:**
Short Case Title: <u>JONATHAN L. RICHES</u> -v- <u>WRITERS GUILD OF AMERICA</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Francisco Division - Judge Martin J. Jenkins</u>
Criminal and/or Civil Case No.: <u>CV 07-05978 MJJ</u>
Date Complaint/Indictment/Petition Filed: <u>11/27/07</u>
Date Appealed order/judgment *entered* <u>12/19/07</u>
Date NOA *filed* <u>1/8/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):        ☐ granted in full (attach order)          ☐ denied in full (send record)
                               ☐ granted in part (attach order)          ☐ pending

Court Reporter(s) Name & Phone Number: <u>N/A</u>

---

***Magistrate Judge's Order?  If so, please attach.***

---

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed: <u>1/15/08</u>
Date FP granted:                          Date FP denied:
Is FP pending? ☐ yes  ☐ no                            Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

---

***Please attach copy of any order granting, denying or revoking FP.***

---

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: See Docket Sheet                Appellee Counsel: See Docket Sheet

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    ***Please attach appointment order.***

---

**DEFENDANT INFORMATION**
Prisoner ID:                          Address:
Custody:
Bail:

---

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:

---

Name & Phone Number of Person Completing this Form: <u>Simone Voltz</u>
(415) 522-2016