**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking                                                              General Court Number
Clerk                                                                                          415.522.2000


January 15, 2008


Jonathan Lee Riches
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590


SUBJECT:     Request for Payment of Docket Fee

    **Title:  JONATHAN L. RICHES -v- WRITERS GUILD OF AMERICA**
    **Case Number:         CV 07-05978 MJJ**
    **Court of Appeals Number:**


A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    RICHARD W. WIEKING, Clerk


    *(signature: Simone Voltz)*


    by:  Simone Voltz
    **Case Systems Administrator**


**cc: U.S. Court of Appeals**