**08-15121**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
*Please Fill Out Completely*

January 15, 2008

**CASE INFORMATION:**
Short Case Title: JONATHAN L. RICHES -v- WRITERS GUILD OF AMERICA
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco Division - Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-05978 MJJ
Date Complaint/Indictment/Petition Filed: 11/27/07
Date Appealed order/judgment *entered* 12/19/07
Date NOA *filed* 1/8/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):   ☐ granted in full (attach order)    ☐ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: N/A

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                        Date Docket Fee Billed: 1/15/08
Date FP granted:                             Date FP denied:
Is FP pending? ☐ yes ☐ no                    Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: See Docket Sheet          Appellee Counsel: See Docket Sheet

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                 Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:              9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Simone Voltz
(415) 522-2016

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 15, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05978 MJJ**

**CASE TITLE: JONATHAN L. RICHES-v-WRITERS GUILD OF AMERICA**

USCA Case Number: **08-15121**

Dear Sir/Madam:

    Enclosed is the Notice of Appeal and the Certificate of Record in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Simone Voltz*

by: Simone Voltz
Case Systems Administrator

cc: Counsel of Record