UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN LEE RICHES, <br><br> Appellant <br><br> v. <br><br> WRITER GUILD OF AMERICA, et al., <br><br> Appellees | No. 08-15121 <br> D.C. No. CV-07-05978-MJJ <br><br> **ORDER** |



A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

By: Corina Orozco
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 12 2008

by: Corina Oyw
Deputy Clerk

Docket as of February 28, 2008 10:54 am          Page 2   NON-PUBLIC

MOATT

INTERNAL USEONLY: Proceedings include all events.
08-15121 Riches v. WriterGuild of Am, et al

JONATHAN LEE RICHES          Jonathan Lee Riches
   Plaintiff - Appellant    #40948-018
[NTC prs]
FCIW - FEDERAL CORRECTIONAL
INSTITUTION (WILLIAMSBURG)
P.O. Box 340
        Salters,SC 29590


  v.

WRITER GUILD OF AMERICA       No appearance
   Defendant - Appellee     no appearance
Street Address
City,
        Country

SCREEN ACTORS GUILD, INC.     No appearance
   Defendant - Appellee    (See above)

DIRECTORS GUILD OF AMERICANo appearance
   Defendant - Appellee    (See above)