**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 19, 2008

CASE NUMBER:   **CV 07-05978 MJJ**
CASE TITLE:    **JONATHAN L. RICHES-v- WRITERS GUILD OF AMERICA**
DATE MANDATE FILED:   3/13/08

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Distribution:   CIVIL        -    Counsel of Record

                CRIMINAL   -    Counsel of Record
                                    U.S. Marshal (Copy of Mandate)
                                    U.S. Probation Office

NDC App-16