**FILED**

MAY 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Jonathan Lee Riches,
Plaintiff

Civil No 07-05978

V.

Writers Guild of America,
Defendants

---

Motion For Judge Recusal under 28 USC 455 (A) (B)
Motion For Counsel / Motion For Change of venue

Plaintiff never received a fair trial hearing under 28 USC 455 (A)(B) Judge Jenkins had to recuse herself because of conflicts of interests, financial interest with Defendants, this is a Due process violation, the Judge watches T.V., youtube and movies of Defendants and sitcoms. Plaintiff seeks Counsel. Writers Guild picked me with a plot in Hollywood Squares.