FILED

MAY 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | Nos. C 07-5082 MJJ (PR)  C 07-5656 MJJ (PR) |
| | C 07-5199 MJJ (PR)  C 07-5879 MJJ (PR) |
| Plaintiff, | C 07-5572 MJJ (PR)  C 07-5978 MJJ (PR) |
| v. | |
| O.J. SIMPSON, et al., | **ORDER DENYING MOTIONS FOR** |
| | **RECUSAL AND FOR CHANGE IN VENUE;** |
| Defendants. | **INSTRUCTIONS TO CLERK** |

Plaintiff, a federal prisoner proceeding pro se, filed the civil actions listed above against a variety of defendants. In a consolidated order, the complaints were dismissed for failure to state a cognizable claim for relief, and/or because plaintiff's allegations were clearly baseless, irrational or wholly incredible. See 28 U.S.C. §§ 1915A and 1915(e)(2). Plaintiff has now filed motions for recusal of the judge to whom the cases had been assigned, and for a change of venue.[1]  As the cases have been dismissed and closed, plaintiff's motions are DENIED.

The Clerk shall close terminate the pending motions for recusal and/or change of venue in each of the cases listed in the caption of this order.

IT IS SO ORDERED.

DATED: 5/21/08

SUSAN ILLSTON
United States District Judge

---

[1]That Judge, the Honorable Martin J. Jenkins, has since resigned from the court.

G:\PRO-SE\MJJ\CR.07\riches68.rsl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LEE RICHES,

        Plaintiff,

v.

O.J. SIMPSON et al,

        Defendant.

_____ /

Case Numbers:

CV07-5082 MJJ (PR)  CV07-5656 MJJ (PR)
CV07-5199 MJJ (PR)  CV07-5879 MJJ (PR)
CV07-5572 MJJ (PR)  CV07-5978 MJJ (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk